# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2893

_____

Dale E. Manthey,                                 *
                                                 *
                    Appellant,                   *
                                                 *
          v.                                     *   Appeal from the United States
                                                 *   District Court for the
Carolyn Sabol, Warden, in her                    *   District of South Dakota.
individual capacity and as an agent of           *
the Bureau of Prisons,                           *        **[UNPUBLISHED]**
                                                 *
                    Appellee.                    *

_____

Submitted:  October 27, 2003

Filed:  November 10, 2003

_____

Before RILEY, McMILLIAN, and SMITH, Circuit Judges.

_____

PER CURIAM

        Federal inmate Dale Manthey (Manthey) filed a complaint under Bivens v. Six
Unknown Named Agents, 403 U.S. 388 (1971), claiming Warden Carolyn Sabol
violated his constitutional rights when she failed to authorize his transfer from one
federal prison camp to another in accordance with Bureau of Prisons policies.  The

district court[1] dismissed without prejudice the complaint under 28 U.S.C. § 1915A, and Manthey appeals. Upon de novo review, see Cooper v. Schriro, 189 F.3d 781, 783 (8th Cir. 1999) (per curiam), we agree with the district court that Manthey failed to allege the violation of a constitutional right, see Olim v. Wakinekona, 461 U.S. 238, 247 (1983) (inmate has no specific constitutional right to be housed in any particular institution).

Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Richard H. Battey, United States District Judge for the District of South Dakota.